IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
Kansas City Division

| Linda Davis, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:21-cv-00075-HFS |
| Caduceus Occupational Medicine LLC, | ) | |
| Defendant. | ) | |

**Memorandum to Parties**

    Following a discovery dispute in this case and referral to the Honorable Lajuana Counts for assistance in resolving, this Court entered an order on January 4, 2023, directing the parties to submit a joint status report of the case. (Doc. 37). Defendants filed a status report on February 3, 2023, indicating that defendants intended to file a motion for summary judgment following the completion of discovery. (Doc. 40). Defendants filed a proposed scheduling order indicating that it would file dispositive motions on or before May 31, 2023. (Doc. 44). No dispositive motions have been filed and plaintiffs recently filed witness and exhibit lists. (Docs. 47, 48).

    Thus, it appears that neither party intends to file a dispositive motion and the case is ready for trial. As this Court no longer presides over jury trials, the case may be ready for transfer. Accordingly, the parties are asked to file a joint status report with the Court within TEN DAYS of this Order informing the Court as to the status of the case and whether transfer to a trial judge is now appropriate.

                                                      */s/ Howard F. Sachs*
                                                      HOWARD F. SACHS
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 5, 2023
Kansas City, Missouri